NANCY E. VAN DERMOOR, Respondent, *v.* WILLIAM VAN DER-
MOOR, Appellant.

(Argued May 8, 1899; decided June 6, 1899.)

APPEAL from a judgment of the late General Term of the
Supreme Court in the third judicial department, entered Feb-
ruary 15, 1895, affirming a judgment in favor of plaintiff
entered upon a decision of the court on trial at Circuit, with-
out a jury.

*S. W. Jackson* and *A. P. Strong* for appellant.

*George B. Wellington* and *R. A. Parmenter* for respondent.

Judgment affirmed, with costs; no opinion.

All concur, except PARKER, Ch. J., O'BRIEN and BART-
LETT, JJ., dissenting.

———

MATTHEW HALLINAN, Appellant, *v.* JAMES MURPHY et al.
Respondents.

*Hallinan* v. *Murphy*, 88 Hun, 72, affirmed.
(Argued May 8, 1899; decided June 6, 1899.

APPEAL from a judgment of the late General Term of the
Supreme Court in the fifth judicial department, entered July
2, 1895, upon an order overruling plaintiff's exceptions ordered
to be heard in the first instance at General Term, and order-
ing judgment for defendants upon a verdict directed by the
court and denying plaintiff's motion for a new trial.

*E. D. Northrup* for appellant.

*Milford W. Rider* for respondents.

Judgment and order affirmed, with costs; no opinion.
All concur.